450 A.2d 225

Commonwealth v. Walker, Appellant.
Petition for Allowance of Appeal
Denied March 30, 1983.

Submitted November 9, 1981.   Richard S. Levine, for appellant;   Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.

451 A.2d 9

Connell v. Connell, Appellant.
Reargument Denied Oct. 20, 1982.

Petition for Allowance of Appeal
Denied March 3, 1983.

Argued January 26, 1982.   Kathleen Riley Connell, submitted a brief on behalf of appellant, in propria persona;   F. Harry Spiess, for appellee.

Before WIEAND, MONTEMURO and POPOVICH, JJ.

Order affirmed.